## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZIYO BIOLOGICS, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY and MCGRIFF INSURANCE SERVICES, INC.,<br><br>    Defendants. | C.A. No. 1:22-cv-01456-MN |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Aziyo Biologics, Inc. hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The dismissal of Defendant Navigators Specialty Insurance Company is with prejudice and without costs. The dismissal of McGriff Insurance Services, Inc. is without prejudice and without costs.

Dated: November 14, 2022

**BERGER HARRIS LLP**

*/s/ Richard I.G. Jones, Jr.*
Richard I.G. Jones, Jr. (No. 3301)
Peter C. McGivney (No. 5779)
1105 N. Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 655-1140 telephone
(302) 655-1131 facsimile
rjones@bergerharris.com
pmcgivney@bergerharris.com

*Attorneys for Plaintiff*

US-DOCS\137222157.1